Harlan B. Watkins – 176458
hwatkins@mpbf.com
John P. Girarde – 191518
jgirarde@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:   (415) 788-1900
Fax:  (415) 393-8087

Attorneys for Defendant
**HILLSTONE RESTAURANT GROUP, INC.**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRILEE A. POSNER,<br><br>          Plaintiff,<br><br>    v.<br><br>HILLSTONE RESTAURANT GROUP, INC., dba BANDERA'S, and DOES 1 to 10,<br><br>          Defendants. | Case No.:<br><br>**DEFENDANT HILLSTONE RESTAURANT GROUP, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>[28 U.S.C. §§ 1332, 1441 and 1446] |

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant HILLSTONE RESTAURANT GROUP, INC., dba BANDERA'S ("HILLSTONE") removes the above-entitled civil action from the Superior Court of the State of California, County of Sacramento, to the United States District Court for the Eastern District of California, based upon diversity of citizenship.

**I.     INTRODUCTION AND FACTUAL BACKGROUND**

1.     Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and any other applicable authority, HILLSTONE hereby gives notice of removal of the above action, *Merrilee A. Posner. v. Hillstone Restaurant Group, Inc., dba Bandera's,* Civil Case No. 34-2019-00250921, from the Superior Court of the State of California, County of Sacramento, to the United States District Court for the Eastern District of California. This matter is a personal injury action alleging causes of action for general negligence and premises liability, arising from a slip and fall accident that Plaintiff MERRILEE A. POSNER alleges

to have suffered on February 25, 2017 at Bandera, a restaurant which is owned and operated by HILLSTONE, and is located at 2232 Fair Oaks Boulevard, Sacramento, California.

2. On February 13, 2019, Plaintiff filed this Complaint against HILLSTONE, and Does 1-10 in the Superior Court of the State of California, County of Sacramento. HILLSTONE's agent for service of process was served with the Complaint on February 25, 2019. Pursuant to 28 U.S.C. § 1446(a), a true and legible copy of the Complaint is attached hereto as Exhibit A.

3. As further set forth below, jurisdiction over this case is proper based on diversity, as complete diversity of citizenship exists between Plaintiff and the only named Defendant, HILLSTONE.

## II.  THE REQUIREMENTS FOR DIVERSITY JURISDICTION ARE SATISFIED

**A.  There is complete diversity of citizenship between the parties:**

4. This suit is an action over which this Court would have original jurisdiction under the provisions of 28 U.S.C. § 1332, and it is, therefore, one that HILLSTONE may remove to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. Removal under Section 1441 is appropriate when complete diversity of citizenship exists between plaintiffs and all properly-joined defendants; no properly-joined defendant is the citizen of California; and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removal is proper in this action because there is complete diversity between Plaintiff and the only named Defendant, HILLSTONE. The citizenship of the unnamed Doe Defendants is ignored for removal purposes. 28 U.S.C. § 1332; *Emrich v. Louche Ross & Co.*, 84 F.2d 1190, 1193, fn. 1 (9th Cir. 1988).

6. HILLSTONE is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Phoenix, Arizona. HILLSTONE is, therefore, a citizen of the States of Delaware and Arizona. *See* 28 U.S.C. § 1332(c)(1).

7. Plaintiff is a citizen of the State of California.

8. Pursuant to 28 U.S.C. § 1441(b), this action is removable because no party in interest properly joined and served as a defendant is a citizen of California. *See* 28 U.S.C. § 1441(b) (providing that non-federal question cases "shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which the action is brought").

9. Accordingly, there is complete diversity of citizenship between the parties.

B. **The amount-in-controversy exceeds the sum or value of $75,000:**

10. The amount-in-controversy for diversity removal is satisfied in this action. Although the Complaint seeks unspecified compensatory damages, it is facially apparent from the Complaint that the amount-in-controversy between Plaintiff and HILLSTONE exceeds the sum or value of $75,000, exclusive of interest and costs. *Singer v. State Farm Mut. Automobile Ins. Co.*, 116 F.3d 373, 376 (1997 9th Cir.). Plaintiff alleges that she was "permanently injured" when she slipped on spilled water on the floor of HILLSTONE's restaurant, causing her to incur severe hip injuries, including tears to multiple tendons in both her right and left hip areas. (Complaint, pgs. 3-4) Plaintiff alleges that "she has undergone extensive medical evaluation, intervention and physical therapy with minimal improvement, causing her severe pain in mobility and the inability to sleep on a normal basis due to restriction of movement resulting from the injuries." (Complaint, pg. 4.)

11. Based upon the severity of the injuries and damages alleged in Plaintiff's Complaint, HILLSTONE reasonably asserts that the amount-in-controversy for Plaintiff's claims in this action exceeds the sum or value of $75,000, exclusive of interest and costs.

### III. THE PROCEDURAL REQUIREMENTS OF REMOVAL ARE SATISFIED

12. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b). HILLSTONE's agent was served with the Complaint on February 25, 2019, which is less than 30 days prior to the date of this Notice.

13. The Eastern District of California is the federal judicial district encompassing the Superior Court of the State of California, County of Sacramento, where this suit was originally filed. Venue is therefore proper in this district under 28 U.S.C. § 1441(a).

14. Jurisdiction pursuant to 28 U.S.C. § 1332 requires consent of all Defendants. HILLSTONE is the only named Defendant in this action, and is the party moving for removal. The unidentified Does 1-10 are not required to consent to removal. *Hafiz v. Greenpoint Mortg. Funding*, 409 F.App'x 70, 72 (9th Cir. 2010).

15. HILLSTONE is providing Plaintiff with written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).

16. Pursuant to 28 U.S.C. § 1446(d), HILLSTONE is filing a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Sacramento. A true and correct copy of the Notice of Filing is attached hereto as Exhibit "B."

17. HILLSTONE hereby demands a trial by jury on all issues and all counts of the Complaint.

Wherefore, HILLSTONE hereby gives notice that the above-entitled state court action, formerly pending in the Superior Court of the State of California, County of Sacramento, shall be removed to the United States District Court for the Eastern District of California.

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, I declare that I have read the foregoing; that to the best of my knowledge, based on a reasonable investigation, it is well grounded in fact and is warranted by law; and that it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

Dated: March 20, 2019   MURPHY, PEARSON, BRADLEY & FEENEY

By   /s/ Harlan B. Watkins
Harlan B. Watkins
Attorneys for Defendant
HILLSTONE RESTAURANT GROUP, INC.

JPG.3370290.docx

# CERTIFICATE OF SERVICE

I, Alice Kay, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is Murphy, Pearson, Bradley & Feeney, 88 Kearny Street, 10th Floor, San Francisco, CA 94108-5530.

On March 20, 2019, I served the following document on the parties in the within action:

**DEFENDANT HILLSTONE RESTAURANT GROUP, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION**

| X | **VIA MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service on this date, addressed as listed below. |
|---|---|

Jeffrey J Posner  
WOODRUFF O'HAIR & POSNER  
3425 American River Drive  
Sacramento, CA 95864  

Email: jeff@woplaw.com

Attorney For Plaintiff  
MERRILEE A. POSNER

Clerk of Court  
Superior Court of California  
County of Sacramento  
720 9th Street  
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on March 20, 2019.

By _____  
Alice Kay

# EXHIBIT A

1/28/19
1:07 pm

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
HILLSTONE RESTAURANT GROUP, INC. dba BANDERA'S
and Does 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MERRILEE A. POSNER



FOR COURT USE ONLY

FILED/ENDORSED
FEB 21 2019
By: M. Rubalcaba
Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER: *(Número del Caso)*
34-2019-00250921

Sacramento County Superior Court
720 9th Street
Sacramento, CA 95814

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
JEFFREY J. POSNER 069291 WOODRUFF, O'HAIR, POSNER & SALINGER
3425 American River Drive  916.920.0211
SACRAMENTO, CA 95864

DATE: FEB 21 2019                       Clerk, by M. RUBALCABA, Deputy
*(Fecha)*                                *(Secretario)*                     *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Hillstone Restaurant Group, Inc. dba Bandera's
   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]              **SUMMONS**           Code of Civil Procedure §§ 412.20, 465
                                                                www.courtinfo.ca.gov

CEB | Essential Forms
ceb.com

JEFFREY J. POSNER

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| JEFFREY J. POSNER 069291<br>WOODRUFF, O'HAIR, POSNER & SALINGER<br>3425 American River Drive<br>SACRAMENTO, CA 95864<br>TELEPHONE NO.: 916.920.0211  FAX NO. *(Optional)*: 916.973.1165<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: MERRILEE A. POSNER | FILED<br>Superior Court Of California,<br>Sacramento<br>02/13/2019<br>mrubalcaba<br>By_____, Deputy<br>Case Number:<br>**34-2019-00250921** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento
STREET ADDRESS: 720 9th Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME:

PLAINTIFF: MERRILEE A. POSNER

DEFENDANT: HILLSTONE RESTAURANT GROUP, INC. dba BANDERA'S

[X] DOES 1 TO 10

**COMPLAINT**-Personal Injury, Property Damage, Wrongful Death
☐ AMENDED *(Number)*:

Type *(check all that apply)*:
☐ MOTOR VEHICLE   [X] OTHER *(specify)*: Slip & Fall
☐ Property Damage   ☐ Wrongful Death
[X] Personal Injury   ☐ Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☐ from unlimited to limited

CASE NUMBER:

1. Plaintiff *(name or names)*: MERRILEE A. POSNER

   alleges causes of action against defendant *(name or names)*: BANDERA

2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

   b. ☐ except plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]   CEB Essential Forms   ceb.com

**COMPLAINT**-Personal Injury, Property Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

JEFFREY J. POSNER

PLD-PI-001

| SHORT TITLE: POSNER v. BANDERA | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name): MERRILEE A. POSNER
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): Hillstone Restaurant Group, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☒ except defendant (name): Bandera's
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants (specify Doe numbers): _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: POSNER v. BANDERA | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☐ Other (specify):

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage (specify):
      Permanent Injury

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: 2-12-19

JEFFREY J. POSNER
(TYPE OR PRINT NAME)

_(signature)_
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]
CEB | Essential
     | Forms

COMPLAINT-Personal Injury, Property
Damage, Wrongful Death

Page 3 of 3

JEFFREY J. POSNER

PLD-PI-001(2)

| SHORT TITLE: POSNER v. BANDERA | CASE NUMBER |
|---|---|

**CAUSE OF ACTION– General Negligence**   Page ____

(number)
ATTACHMENT TO [X] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: MERRILEE A. POSNER

alleges that defendant *(name)*: Spilled water on floor in walkway in darkened restaurant on dark floor, failing to clear up the spill causing Plaintiff to slip, losing balance and twisting causing severe hip injuries including tears to both right and left hip areas.

[X] Does  1  to  10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: February 25, 2017
at *(place)*: Bandera Restaurant, Sacramento, California

*(description of reasons for liability)*:
Restaurant staff negligently spills water while filling glasses on tables allowing spillage to fall to floor areas where guests must walk to table areas in darkened restaurant. Defendant knows or should know that such negligence causes a dangerous hidden situation in which injuries may occur. Defendant's failure to avoid spillage and to act immediately to clean up spilled water negligently caused Plaintiff to be severely injured in a manner resulting in permanent physical damage to her person. As a direct result of Defendant's negligence, Plaintiff has been diagnosed with the following injuries: To her left hip, a tear of the left superior acetabular labrum. Moderate to severe partial-thickness tear of the left gluteus minimus tendon. Strain of left gluteus medius tendon. Left-sided trochanteric bursitis. Bilateral hamstring tendonosis. Probable tear of right superior and anterior superior acetabular labrum. To her right hip, a tear involving much of the inferior aspect of the labrum from anterior to mid aspect. Probable complex tear involving much of the posterior aspect of the labrum as well. Moderate iliospsoas tendinosis. Right common hamstring tendinosis. Chronic degenerative superior labral tear. Probable involvement of the posterior labrum by tear as well. She has undergone extensive medical evaluation, intervention and physical therapy with minimal improvement, causing her severe pain in mobility and the inability to sleep on a normal basis due to restriction of movement resulting from the injuries.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) (Rev. January 1, 2007)
CEB | Essential ceb.com | Forms

**CAUSE OF ACTION– General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

JEFFREY J. POSNER

PLD-PI-001(4)

| SHORT TITLE: POSNER v. BANDERA | CASE NUMBER: |

## CAUSE OF ACTION - Premises Liability

_____ (number)     Page _____

ATTACHMENT TO ☐ Complaint ☐ Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1.** Plaintiff *(name)*: MERRILEE A. POSNER
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: February 25, 2017   plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury)*:
Restaurant staff negligently spilled water on floor while filling glasses on tables. Plaintiff while being escorted to a table by hostess in darkened restaurant slipped on wet floor causing severe injuries to her hips.

**Prem.L-2.** ☒ **Count One-Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*:
Hillstone Restaurant Group, Inc., dba Bandera's.

☒ Does 1 to 10

**Prem.L-3.** ☒ **Count Two-Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*: Hillstone Restaurant Group, Inc., dba Bandera's.

☒ Does 1 to 10
Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

**Prem.L-4.** ☐ **Count Three-Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names)*:

☐ Does _____ to _____
a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

**Prem.L-5.** a. ☒ **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:
Employees of Hillstone Restaurant Group, Inc., dba Bandera's.

☒ Does 1 to 10
b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
☐ described in attachment Prem.L-5.b ☐ as follows *(names)*:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]   CEB Essential Forms

**CAUSE OF ACTION - Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

JEFFREY J. POSNER

# EXHIBIT B

Harlan B. Watkins – 176458
hwatkins@mpbf.com
John P. Girarde – 191518
jgirarde@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:  (415) 788-1900
Fax:  (415) 393-8087

Attorneys for Defendant
**HILLSTONE RESTAURANT GROUP, INC.**

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF SACRAMENTO

| | |
|---|---|
| MERRILEE A. POSNER,<br><br>Plaintiff,<br><br>v.<br><br>HILLSTONE RESTAURANT GROUP, INC., dba BANDERA'S, and DOES 1 to 10,<br><br>Defendants. | Case No.: 34-2019-00250921<br><br>**NOTICE TO SACRAMENTO COUNTY SUPERIOR COURT OF DEFENDANT HILLSTONE RESTAURANT GROUP, INC.'S FILING OF NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA** |

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

NOTICE IS HEREBY GIVEN that on March 20, 2019, Defendant HILLSTONE RESTAURANT GROUP, INC., dba BANDERA's ("HILLSTONE") filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removing the above-entitled civil action from the Superior Court of the State of California, County of Sacramento, to the United States District Court for the Eastern District of California, based upon diversity of citizenship. A true and correct copy of the Notice of Removal is attached hereto as Exhibit 1.

DATED: March 20, 2019                      MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Harlan B. Watkins
Attorneys for Defendant
HILLSTONE RESTAURANT GROUP, INC.

JPG.3371429.docx

## CERTIFICATE OF SERVICE

I, Alice Kay, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is Murphy, Pearson, Bradley & Feeney, 88 Kearny Street, 10th Floor, San Francisco, CA 94108-5530.

On March 20, 2019, I served the following document on the parties in the within action:

**NOTICE TO SACRAMENTO COUNTY SUPERIOR COURT OF DEFENDANT HILLSTONE RESTAURANT GROUP, INC.'S FILING OF NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X | **VIA MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service on this date, addressed as listed below. |

Jeffrey J Posner
WOODRUFF O'HAIR & POSNER
3425 American River Drive
Sacramento, CA 95864

Email: jeff@woplaw.com

Attorney For Plaintiff
MERRILEE A. POSNER

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on March 20, 2019.

By _____
Alice Kay