1 JEFFREY J. POSNER, SBN 069291
WOODRUFF, O'HAIR, POSNER & SALINGER, INC.
2 A Law Corporation
3425 American River Drive
3 Sacramento, California 95864
4 Telephone (916) 920-0211
Facsimile (916) 973-1165
5

6 Attorney Plaintiff
Merrilee A. Posner
7

8

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRILEE A. POSNER, | **Case No.:** 2:19-CV-00507-TLN-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO FILE AMENDED COMPLAINT FOR DAMAGES** |
| v. | |
| HILLSTONE RESTAURANT GROUP, INC. Dba BANDERA'S and DOES 1 to 10, | |
| Defendants. | |

COMES now the Plaintiff, Merrilee A. Posner by and through her attorneys, WOODRUFF, O'HAIR, POSNER & SALINGER, INC. and Defendant Hillstone Restaurant Group, Inc., by and through their attorneys, MURPHY, PEARSON, BRADLEY & FEENEY, and stipulate and agree that Plaintiff may file and serve a First Amended Complaint For Damages.

The foregoing is agreed to by:


        WOODRUFF, O'HAIR, POSNER & SALINGER, INC.


Dated: June 30, 2019    ____/s/_____
            By:  Jeffrey J. Posner

1

Attorney for Plaintiff

MURPHY, PEARSON, BRADLEY & FEENEY

Dated: June 26, 2019   ____/s/_____
By:  Harlan B. Watkins
Attorney for Defendant Hillstone Restaurant Group, Inc.

**ORDER**

IT IS SO ORDERED:

Dated: July 11, 2019

_____
Troy L. Nunley
United States District Judge