Harlan B. Watkins - 176458
HWatkins@mpbf.com
Geoffrey T. Macbride - 278833
GMacbride@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, CA  94104-1001
Telephone:	(415) 788-1900
Facsimile:	(415) 393-8087

Attorneys for Defendants
HILLSTONE RESTAURANT GROUP, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRILEE A. POSNER, Plaintiff,<br><br>          Plaintiff,<br><br>v.<br><br>HILLSTONE RESTAURANT GROUP, INC. DBA, BANDERA'S and DOES 1 to 10,<br>Defendants,<br><br>          Defendants. | Case No.: 2:19-CV00507-TLN-KJN<br><br>**DEFENDANTS HILLSTONE RESTAURANT GROUP, INC. 'S NOTICE OF MOTION AND MOTION FOR  SUMMARY JUDGMENT AGAINST PLAINTIFF MERRILEE A. POSNER**<br><br>Date:	July 22, 2021<br>Time:	2:00 p.m.<br>Courtroom:	2<br><br>Complaint Filed:	February 21, 2019<br>Trial Date:	Not set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on the above date, time and place, the motion of Defendant HILLSTONE RESTAURANT GROUP, INC. ("Defendant") for summary judgment against Plaintiff MERRILEE A. POSNER ("Plaintiff") will be heard in Courtroom 2 of the above-entitled Court. Said motion is based on the ground that Plaintiff cannot show Defendant caused or had sufficient notice of the purported water Plaintiff allegedly slipped on. Plaintiff's own testimony is that water was seen only once, and that was after Plaintiff's slip. Defendant maintains a rigorous safety policy regarding water and its employees are consistently and constantly monitoring the floor for any slip hazards.

Defendant is not an insurer of its customer's safety. Ortega v. Kmart Corp., 26 Cal.4th 1200, 1205-1206 (2001). It is only liable if it had notice, or should have had notice, of the alleged hazard. Plaintiff's own testimony shows that Defendant could not have had notice of water on the floor. The water was seen once when Plaintiff glanced at it while purportedly holding on to a nearby table to steady herself. As Plaintiff cannot show Defendant had notice of water on the floor, Defendant respectfully requests the Court grant its motion for summary judgment and dismiss Plaintiff's case.

This motion is further based on this Notice, the Memorandum of Points and Authorities, the Separate Statement of Material Facts, the Compendium of Evidence and exhibits attached thereto and lodged with the Court, and the Declaration of Geoffrey T. Macbride, and on such other oral and documentary evidence as may be presented at the hearing of this matter.

Dated: June 21, 2021

        MURPHY, PEARSON, BRADLEY & FEENEY

        By */s/ Geoffrey T. Macbride*_____
           Geoffrey T. Macbride
           Attorneys for Defendants
           HILLSTONE RESTAURANT GROUP, INC.

GTM.3982123.docx

# CERTIFICATE OF SERVICE

I, Alice Kay, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 580 California Street, Suite 1100, San Francisco, California 94104.

On June 21, 2021, I served the following document(s) on the parties in the within action:

**DEFENDANTS HILLSTONE RESTAURANT GROUP, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF MERRILEE A. POSNER**

| X | VIA ELECTRONIC COURT FILING: The above-described document will be delivered by the Court's ECF system to the following |
|---|---|

Soren David Rosenthal                               Attorney For Plaintiff
Rosenthal Law                                       MERRILEE A. POSNER
2251 Douglas Blvd Ste 120, Roseville, CA 95661-4215
Assistant to David Rosenthal:
Denise Carruth
E-mail: denise@rosenthalinjurylaw.com
Phone: (916) 774-7200
Fax: (916) 774-7203

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on June 21, 2021.

By /s/ *Alice Kay*
Alice Kay