S. David Rosenthal, SBN 161440
**ROSENTHAL LAW**
2251 Douglas Boulevard, Suite 120
Roseville, CA 95661
T: 916-774-7200
F: 916-774-7200

Attorneys for Plaintiff,
MERRILEE A. POSNER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRILEE A. POSNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HILLSTONE RESTAURANT GROUP, INC., dba BANDERA'S, and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:19-CV-00507-TLN-KJN<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>District Judge:　　Daniel J. Calabretta<br>Complaint Filed: February 21, 2019<br>Trial Date:　　　　November 6, 2023 |

Plaintiff MERRILEE A. POSNER and Defendant HILLSTONE RESTAURANT GROUP, INC., dba BANDERA'S hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(a)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: October 26, 2023　　　　　　　　**ROSENTHAL LAW**


　　　　　　　　　　　　　　　　　　　By:  /s/ S. David Rosenthal
　　　　　　　　　　　　　　　　　　　　　S. David Rosenthal
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　MERRILEE A. POSNER

Dated: October , 2023　　　　　　　　MURPHY, PEARSON, BRADLEY & FEENEY

　　　　　　　　　　　　　　　　　　　By:  /s/ Geoffrey T. Macbride
　　　　　　　　　　　　　　　　　　　　　Geoffrey T. Macbride
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　HILLSTONE RESTAURANT GROUP, INC.

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(a)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  October 26, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE